IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS E. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-00486-WS-N |
| | ) |
| ROY O. MARTIN LUMBER | ) |
| MANAGEMENT CO., L.L.C. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 27, 2012, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** for want of prosecution and failure to comply with the orders of this Court.

**DONE** this 19th day of April, 2012.

s/**WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**