IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS E. McMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-00486-WS-N |
| | ) |
| ROY O. MARTIN LUMBER | ) |
| MANAGEMENT CO., L.L.C. | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED without prejudice** for want of prosecution and failure to comply with the orders of this Court.

**DONE** this 19th day of April, 2012.


s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**